UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:12-CR-01351(2)-FM |
| | § | |
| (2) Martha Jimenez Sanchez | § | |

## ORDER SETTING SENTENCING

      IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in District Courtroom, Room 422, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Wednesday, January 15, 2014 at 09:00 AM**.

      IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

      IT IS SO ORDERED this 18th day of June, 2013.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE