6-21-13

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. EP-12-CR-1351-FM(2) |
| | ) | |
| MARTHA JIMENEZ SANCHEZ | ) | |

O R D E R TO RECALL WARRANT

On June 19, 2013, this Court issued a warrant for defendant MARTHA JIMENEZ SANCHEZ because she failed comply with her conditions of pretrial release.

The Court has since received information and finds that the arrest of MARTHA JIMENEZ SANCHEZ is unnecessary at this time. The Court finds that MARTHA JIMENEZ SANCHEZ, is to remain on bond under the previously ordered conditions.

It is therefore ORDERED that the bench warrant for the arrest of Defendant MARTHA JIMENEZ SANCHEZ be and is hereby recalled. The United States District Clerk is hereby directed to deliver a copy of this order to the United States Marshal Service.

SIGNED and ENTERED this 21st day of June, 2013.

FRANK MONTALVO
United States District Judge