## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CRIMINAL NO. EP-12-CR-1351-FM** |
| **v.** | ) |
| | ) |
| **CHARLES MARQUEZ,** | ) |
| | ) |
| **Defendant.** | ) |

## **DECLARATION OF PUBLICATION**

I, Anna E. Arreola, pursuant to Title 28, United States Code, Section 1746, hereby declare under the penalty of perjury:

That I am an Assistant United States Attorney in the office of the United States Attorney for the Western District of Texas, and

That attached to this declaration are (1) a true and correct copy of a notice of criminal forfeiture in this action, and (2) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 28, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and

That both of the documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: February 27, 2014
El Paso, Texas

Respectfully submitted,

ROBERT PITMAN
United States Attorney for the
Western District of Texas

By: *anna E. arreob*

Anna E. Arreola
NY Registration No. 4151775
Assistant United States Attorney
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Tel: (915) 534-6884
Fax: (915) 534-6861

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2014, I filed the foregoing electronically through the CM/ECF system, which will transmit notification of such filing to the following CM/ECF participant:

Joseph D. Vasquez, Attorney for Charles Marquez
Law Offices of Joseph D. Vasquez
310 N. Mesa Street, Suite 710
El Paso, TX 79901

/s/

Anna E. Arreola
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## COURT CASE NUMBER: EP-12-CR-1351; NOTICE OF FORFEITURE

Notice is hereby given that on January 22, 2014, in the case of U.S. v. Charles Marquez, Court Case Number EP-12-CR-1351, the United States District Court for the Western District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

one 2003 Honda Pilot, bearing vehicle identification number HKYF18543HC12233.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (January 28, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 525 Magoffin Avenue, Suite 105, El Paso, TX 79901, and a copy served upon Assistant United States Attorney Anna Arreola, 700 E. San Antonio, Suite 200, El Paso, TX 79901. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 28, 2014 and February 26, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Charles Marquez

**Court Case No:** EP-12-CR-1351
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/28/2014 | 24.0 | Verified |
| 2 | 01/29/2014 | 24.0 | Verified |
| 3 | 01/30/2014 | 24.0 | Verified |
| 4 | 01/31/2014 | 24.0 | Verified |
| 5 | 02/01/2014 | 24.0 | Verified |
| 6 | 02/02/2014 | 24.0 | Verified |
| 7 | 02/03/2014 | 24.0 | Verified |
| 8 | 02/04/2014 | 24.0 | Verified |
| 9 | 02/05/2014 | 24.0 | Verified |
| 10 | 02/06/2014 | 24.0 | Verified |
| 11 | 02/07/2014 | 24.0 | Verified |
| 12 | 02/08/2014 | 24.0 | Verified |
| 13 | 02/09/2014 | 24.0 | Verified |
| 14 | 02/10/2014 | 24.0 | Verified |
| 15 | 02/11/2014 | 24.0 | Verified |
| 16 | 02/12/2014 | 24.0 | Verified |
| 17 | 02/13/2014 | 24.0 | Verified |
| 18 | 02/14/2014 | 24.0 | Verified |
| 19 | 02/15/2014 | 24.0 | Verified |
| 20 | 02/16/2014 | 24.0 | Verified |
| 21 | 02/17/2014 | 24.0 | Verified |
| 22 | 02/18/2014 | 24.0 | Verified |
| 23 | 02/19/2014 | 23.9 | Verified |
| 24 | 02/20/2014 | 24.0 | Verified |
| 25 | 02/21/2014 | 23.5 | Verified |
| 26 | 02/22/2014 | 24.0 | Verified |
| 27 | 02/23/2014 | 24.0 | Verified |
| 28 | 02/24/2014 | 24.0 | Verified |
| 29 | 02/25/2014 | 24.0 | Verified |
| 30 | 02/26/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.